UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-M-1143

UNITED STATES OF AMERICA                )
                                        ) ORDER ALLOWING DISMISSAL OF
         v.                             ) CRIMINAL INFORMATION AND
                                        ) WITHDRAWAL OF ARREST WARRANT
    RODNEY JUDGE                        )

Leave of court is granted for the filing of the foregoing dismissal.

_September 10, 2015_
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE